# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

CASE NO.:   CV 09-9516 SJO (OPx)          DATE: September 20, 2010

TITLE:      U.S. Rubber Recycling, Inc. v. ECORE International Inc.
================================================================
PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| Victor Paul Cruz | Margarita Lopez |
| Courtroom Clerk | Court Recorder |

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Yuri Mikulka                                Jeffrey D. Wexler
Sarah S. Brooks                             Robert C. Nissen

================================================================
**PROCEEDINGS:  SCHEDULING CONFERENCE - Fed. R. Civ. P. 26(f)**

   Reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated.  The Court sets the following schedule:

| | | |
|---|---|---|
| Last Date to File a Motion or Stipulation to Amend or Add Parties | Wednesday, October 20, 2010 | |
| Expert Discovery Cut-off | Friday, March 11, 2011 | |
| Fact Discovery Cut-off | Tuesday, June 28, 2011 | |
| Motion Hearing Cut-off (must be filed 21 days prior) | Monday, June 27, 2011 | at 10:00 a.m. |
| Pretrial Conference | Monday, July 18, 2011 | at 9:00 a.m. |
| Trial Date | Tuesday, July 26, 2011 | at 9:00 a.m. |
| Settlement Conference | Referred to Magistrate Judge Parada | |

   All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are obligated under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
   The Court advises counsel that all pretrial documents must be filed in compliance with the Court's Initial Standing Order, including but not limited to:
1.   All Jury Instructions, agreed and opposed;
2.   Verdict Forms;
3.   Proposed Voir Dire Questions;
4.   Joint Statement of Case;
5.   Witness List, listing each witness and time estimates for direct, cross, redirect and recross;
6.   Trial Brief and Memorandum of Contentions;
7.   Joint Rule 26(f) Report;
8.   If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.   Motions in Limine must comply with Local Rule 7 and will be heard the first day of trial;
10.  Exhibits must be properly labeled, tagged, and in binders.

| MINUTES FORM 11 | | : 0/15 |
| CIVIL GEN | Page 1 of 1 | Initials of Preparer   Vpc |