JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. Rubber Recycling, Inc., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ECORE International, Inc., a Pennsylvania Corporation,<br><br>Defendant. | NO. CV 09-09516 SJO (OPx)<br><br>**JUDGMENT** |

This action came before the Court on Defendant ECORE International Inc.'s Motion for Summary Judgment. Having carefully considered all the pleadings, documentary evidence, and arguments,

///

///

///

///

1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is granted. Plaintiff U.S. Rubber Recycling, Inc. shall take nothing by way of its Complaint in this matter, and the action is dismissed on the merits.

IT IS SO ADJUDGED.

Dated: December 12, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE